

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARTIN TREVIZO, | § | No. 08-25-00062-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| BRENDA VIRGINIA TREVIZO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023DCM0111) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED this 19th day of March 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.